IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

SHARON BUSH ELLISON,            )
                                )
        Plaintiff,               )
                                )
    v.                           )   CV 117-017
                                )
THE GEORGIA MILITARY COLLEGE    )
FOUNDATION, INC., a/k/a GEORGIA )
MILITARY COLLEGE; GEORGE BRIAN  )
HENDRICKS, Academic Dean; and LEI )
BOWMAN, Assistant Dean of Students, )
                                )
        Defendants.              )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed. (Doc. no. 11.) After filing her objections, Plaintiff filed a motion for an extension of time to object to the Magistrate's R&R, asking the Court to allow her to file her objections before March 13, 2017. (Doc. no. 12.) Because her objections were not due until March 20, 2017, and she has already filed them, her request is moot. As to her objections, Plaintiff does not offer any new information, evidence, or argument that warrants a deviation from the Magistrate Judge's recommendation. Accordingly, the Court **DENIES AS MOOT** Plaintiff's Motion for Extension of Time to File Objections (doc. no. 12), **OVERRULES** the objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** Plaintiff's case without prejudice, and **DIRECTS** the Clerk to **CLOSE** this civil action.

SO ORDERED this 24th day of March, 2017, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA